## STATEMENT OF FACTS

      On Friday, June 10, 2005, at about 10:00 p.m., sworn officers with the Metropolitan Police Department's First District executed a D.C. Superior Court search warrant at xxxx Xxxxx Xxxxxxx Xxxxxx, N.W., Apt. xxx, Washington, D.C. Once officers entered the apartment they saw the defendant in the kitchen area. Officers recovered the following items from the apartment, a loaded .38 caliber revolver, $150.00 in U.S. Currency, a pistol grip, a box of .38 caliber ammunition, and additional loose rounds of .38 caliber and .380 caliber ammunition. Also recovered from the apartment were empty oxycontin pill bottles and numerous prescriptions for oxycontin. Some of the prescriptions and pill bottles were in the defendant's name, and some of the bottles and prescriptions were in other people names. Officers also recovered a rental receipt for the apartment with the defendant's name on it. Officers placed the defendant under arrest. The defendant told officers that he found the pistol in his apartment, and that he bought the box of .38 caliber ammunition at the Maryland Small Arms about a month ago. To the best of the undersigned officer's knowledge, defendant Johnny Lee Lucas, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F2419-89 and F9385-87. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no .38 caliber revolvers nor ammunition manufactured in the District of Columbia.


                                            OFFICER JAMES MCBRIDE
                                            FIRST DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF JUNE, 2005.


                                            U.S. MAGISTRATE JUDGE