IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : Cr. No. 05-0333M-01 (JMF) | |
| | : | |
| **JOHNNY LEE LUCAS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE
FEDERAL PUBLIC DEFENDER FOR DEFENDANT**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Michelle Peterson has assumed responsibility for the defense of JohnnyLee Lucas in the above-captioned case. Mr. Lucas's case had previously been assigned to Assistant Federal Public Defender Carlos Vanegas.

Respectfully submitted,

_____/s/_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500